Of Counsel:

BAYS DEAVER LUNG
ROSE & HOLMA

RYAN H. ENGLE         7590-0
Attorney at Law
A Law Corporation
MATTHEW C. SHANNON    9043-0
Alii Place, 16th Floor
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 523-9000
Facsimile: (808 533-4184
E-mail: mail@legalhawaii.com

Attorneys for Defendants
STEVEN L. STORY, STEVE STORY &
ASSOCIATES, INC. and UNITED PLANNERS'
FINANCIAL SERVICES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GARY MARKS, THERESA MARKS, SKY BELL ASSET MANAGEMENT, LLC, and AREWEA CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVEN L. STORY, STEVE STORY & ASSOCIATES, INC. and UNITED PLANNERS' FINANCIAL SERVICES OF AMERICA,<br><br>Defendants. | ) CIVIL NO. 08-00205 JMS/BMK<br>)<br>) DEFENDANTS STEVEN L.<br>) STORY, STEVE STORY &<br>) ASSOCIATES, INC. AND<br>) UNITED PLANNERS'<br>) FINANCIAL SERVICES OF<br>) AMERICA'S EXPERT<br>) DISCLOSURE; EXHIBIT A;<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) Trial Date: January 26, 2010<br>) Judge:     J. Michael Seabright |

85394_1

## DEFENDANTS STEVEN L. STORY, STEVE STORY & ASSOCIATES, INC. AND UNITED PLANNERS' FINANCIAL SERVICES OF AMERICA'S EXPERT DISCLOSURE

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendants Steven L. Story, Steve Story & Associates, Inc. and United Planners' Financial Services of America ("Defendants") hereby submit their expert witness disclosure for expert Mary Rae Fouts, EA, CFP®, attached hereto as Exhibit A.

Defendants reserve their right to identify and call any expert witness or witnesses named by Plaintiffs Gary Marks, Theresa Marks, Sky Bell Asset Management, LLC, and Arewea Corporation, any and all rebuttal and foundation expert witnesses, and any additional expert witnesses, the identities of or need for which are ascertained through pretrial discovery and investigation, including those named in any party's initial disclosures, disclosure of expert witnesses, other court filings, and any amendments thereto.

85394-1

Defendants further reserve their right to supplement this Disclosure of Expert Witness pursuant to the Federal Rules of Civil Procedure and the Court's order.

DATED:  Honolulu, Hawaii, November 20, 2009.

_____
RYAN H. ENGLE
MATTHEW C. SHANNON

Attorneys for Defendants
STEVEN L. STORY, STEVE STORY & ASSOCIATES, INC. and UNITED PLANNERS' FINANCIAL SERVICES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GARY MARKS, THERESA MARKS, SKY BELL ASSET MANAGEMENT, LLC, and AREWEA CORPORATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>STEVEN L. STORY, STEVE STORY & ASSOCIATES, INC. and UNITED PLANNERS' FINANCIAL SERVICES OF AMERICA,<br><br>    Defendants. | CIVIL NO. 08-00205 JMS/BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served electronically through CM/ECF on the following counsel of record on November 20, 2009:

> Elise Owens Thorn, Esq.
> Emily A. Gardner, Esq.
> Clay Chapman Iwamura Pulice & Nervell
> Topa Financial Center, Bishop Street Tower
> 700 Bishop Street, Suite 2100
> Honolulu, HI 96813

85394_1

Daniel J. Sponseller, Esq.
Law Office of Daniel J. Sponseller
409 Broad Street, Suite 200
Sewickley, PA 15143

Attorneys for Plaintiffs
Gary Marks, Theresa Marks, Sky Bell Asset Management, LLC, and Arewea Corporation

DATED: Honolulu, Hawaii, November 20, 2009.

                                        */s/ Ryan H. Engle*
                                        RYAN H. ENGLE
                                        MATTHEW C. SHANNON

Attorneys for Defendants
STEVEN L. STORY, STEVE STORY & ASSOCIATES, INC. and UNITED PLANNERS' FINANCIAL SERVICES OF AMERICA

85394-1